

**Order Entered on**
April 14, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re:

MAKELELE SYSTEMS LANDSCAPE & MAINTENANCE, INC.,

Debtor(s).

BANKRUPTCY NO.   26-01514-CL11
Date of Hearing:   June 8, 2026
Time of Hearing:   2:30 p.m.
Name of Judge:   Christopher B. Latham

## ORDER RE: STATUS CONFERENCE ON CHAPTER 11 PETITION

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through three (3).

DATED:   April 14, 2026

_____
Judge, United States Bankruptcy Court

The Court, having considered Debtor's Voluntary Chapter 11 Petition under Subchapter V, and good cause appearing,

ORDERS that pursuant to 11 U.S.C. §1188(a) the initial status conference in this matter has been set for **June 8, 2026 at 2:30 p.m,** Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6989.  Debtor, or a responsible officer, is ordered to personally appear at the status conference, unless appearance is excused in advance of the hearing for good cause.

BE ADVISED that before the status conference, Debtor should have complied with all applicable federal and local rules of bankruptcy procedure as well as United States Trustee Program Policy and Practices ("USTPP"). These may include, but are not limited to:

·   Submission of all applications for employment (11 U.S.C. § 327(a); LBR 2014-1)

·   Submission of application for insider compensation, if applicable (LBR 2016-2 and 4002-2).  Note that approval of employment for the general counsel of Debtor will not typically be granted until the requirements of this order have been satisfied.

·   Submission of motion for use of cash collateral, if applicable (FRBP 4001; LBR 9014). Motions for use of cash collateral, or consent of the affected lender, are required as part of the initial filing requirements for all encumbered income producing property. All such motions and stipulations for use of cash collateral must be noticed to creditors and parties in interest as required by Bankruptcy Rule 4001, Local Bankruptcy Rule 4001.  Debtor must comply with the requirements of Appendix D-2 and ensure that all necessary evidence is submitted in support of the motion.

·   Performance of the recordkeeping duties mandated in FRBP 2015(b).

·   Filing of all schedules, statements, reports, tax returns, and exhibits (11 U.S.C. §§ 521(a)(1), 1116, and 1187(b); USTPP 3-17.5); a statement of current monthly income is not required, however (FRBP 1007(b)).

Debtor's **initial status conference report** is due by **May 26, 2026** (11 U.S.C. §1188(c)).  That report must detail Debtor's efforts to attain a consensual plan of reorganization.

In addition, for every continued status conference thereafter, the Debtor must file a further **status report** one week beforehand addressing the status of each of these matters, if applicable in the case.  If the Debtor does not file a status report or comply with any of these requirements to the extent applicable, the Court may dismiss the case under 11 U.S.C. §§ 105(a) and 1112(b), or remove the Debtor from possession under 11 U.S.C. § 1185.  The Court may impose other

sanctions, including disgorgement of counsel's fees under 11 U.S.C. § 329, as may be appropriate given the Court's statutory and inherent authority to enforce compliance with its orders.

IT IS SO ORDERED.

In re:                                                                                  Case No. 26-01514-CL

Makelele Systems Landscape & Maintenance                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                          Page 1 of 3

Date Rcvd: Apr 14, 2026                       Form ID: pdfO15                       Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Makelele Systems Landscape & Maintenance, Inc., PO Box 2044, San Marcos, CA 92079-2044 |
| 15275365 | + | Aaron Gibran Haq Lawrence, Reich Adell & Cvitan, A Prof Law Corp, 330 North Brand Boulevard, Suite 250, Glendale, CA 91203-2330 |
| 15275366 | + | Alexander Bernard Cvitan, Reich Adell & Cvitan, A Prof Law Corp, 330 North Brand Boulevard, Suite 250, Glendale, CA 91203-2330 |
| 15275367 | + | Bidscape, Inc., 3660 Colorado Boulevard #1005, Pasadena, CA 91107-3870 |
| 15275368 | + | Burkhardt & Larson, 5531 Cancha de Golf, Suite 205, Rancho Santa Fe, CA 92091-4626 |
| 15275373 | + | Cleidin Atantous, Law Offices of Cleidin Z. Atanous, 1940 E Chapman Avenue A, Fullerton, CA 92831-4140 |
| 15275374 | + | Construction Laborers Trust Funds For, Southern California Administrative Co., 1123 Park View Drive #201, Covina, CA 91724-3766 |
| 15275375 | + | Contractors State License Board, PO Box 26000, Sacramento, CA 95826-0026 |
| 15275376 | | Devil Mountain Whole Nursery, 12657 Alcosta Boulevard, Anaheim, CA 92817-0854 |
| 15275377 | + | Diamond Environmental Services, LP, 807 East Mission Road, San Marcos, CA 92069-3002 |
| 15275378 | + | Equipment Share, PO Box 650249, Dallas, TX 75265-0249 |
| 15275379 | + | Everde Growers, 5400 Governor Drive, San Diego, CA 92122-2851 |
| 15275383 | ++ | GREATSOIL LLC, PO BOX 460447, ESCONDIDO CA 92046-0447 address filed with court:, Greatsoil LLC, dba Peirano Topsoil, PO Box 460447, Escondido, CA 92046 |
| 15275384 | + | Home Depot Commercial Credit, PO Box 182676, Columbus, OH 43218-2676 |
| 15275385 | + | Imperial Sprinkler Supply, Inc., 1485 N. Manassero Street, Anaheim, CA 92807-1938 |
| 15275388 | + | J Paul Moorehead, Bush Gottlieb ALC, 801 North Brand Boulevard, Suite 950, Glendale, CA 91203-1260 |
| 15275389 | + | Jose Cardenas, PO Box 2044, San Marcos, CA 92079-2044 |
| 15275390 | + | Julie Lu, Wilshire Law Firm, PLC, 660 S Figueroa St. Sky Lobby, Los Angeles, CA 90017-3480 |
| 15275391 | + | Katherine Willis, Reich Adell & Cvitan, A Prof Law Corp, 330 North Brand Boulevard, Suite 250, Glendale, CA 91203-2330 |
| 15275393 | + | Law Offices of John D. Guerrini, 74-710 Highway 111, Suite 102, Palm Desert, CA 92260-3820 |
| 15275395 | + | MB Organics, 30724 Benton Road, Suite C-302 #509, Winchester, CA 92596-8470 |
| 15275396 | + | Michael Scott Barth, Reich Adell & Cvitan, A Prof Law Corp, 330 North Brand Boulevard, Suite 250, Glendale, CA 91203-2330 |
| 15275397 | + | New West Growers, Inc., PO Box 5961, Glendale, CA 91221-5961 |
| 15275398 | + | Norman's Nursery, Inc., 8665 East Duarte Road, San Gabriel, CA 91775-1139 |
| 15275399 | + | Peter Russ, Esq., Buchanan, Ingersoll & Rooney, LLP, 600 West Broadway, #1100, San Diego, CA 92101-3387 |
| 15275400 | + | Robert Pollak, Glassberg, Pollak & Associates, 1000 Fourth Street, Suite 570, San Rafael, CA 94901-3149 |
| 15275401 | | SCP Distributors, LLC, PO Box 68054, Anaheim, CA 92817-0854 |
| 15275403 | + | Shervin Ghanoongooi, 3055 Wilshire, 12th Floor, Los Angeles, CA 90010-1176 |
| 15275404 | | Site One Landscape Supply, LLC, 24110 Network Place, Chicago, IL 60673-1241 |
| 15275405 | + | Stolz Equipment, 11111 W McDowell Road, Avondale, AZ 85392-5000 |
| 15275407 | + | Terra Bella Nursery, 302 Hollister Street, San Diego, CA 92154-4700 |
| 15275408 | + | Trustees of the Southern California Pipe, Trades Health & Welfare Trust Fund et al, 501 Shatto Place, #500, Los Angeles, CA 90020-1730 |
| 15275414 | + | West Coast Turf, PO Box 4563, Palm Desert, CA 92261-4563 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15275370 | Email/Text: fpdbankruptcynoticesgroup@cat.com | | |
| | | Apr 14 2026 23:14:00 | Caterpillar Financial Services, Corp., 2120 West |

District/off: 0974-3 User: Admin. Page 2 of 3

Date Rcvd: Apr 14, 2026 Form ID: pdfO15 Total Noticed: 50

| | | | |
|---|---|---|---|
| | | | End Avenue, PO Box 340001, Nashville, TN 37203 |
| 15275369 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Apr 14 2026 23:24:25 | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 15275371 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Apr 14 2026 23:24:25 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 15275372 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Apr 14 2026 23:24:29 | Chase Auto, 700 Kansas Lane LA4-4025, Monroe, LA 71203-4774 |
| 15275380 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Apr 14 2026 23:14:00 | Ford Motor Credit, PO Box 35915, Cleveland, OH 44135-0915 |
| 15275381 | | Email/Text: BKBNCNotices@ftb.ca.gov | |
| | | Apr 14 2026 23:14:00 | Franchise Tax Board, Bankruptcy Section MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 15275383 | | Email/Text: info@greatsoil.com | |
| | | Apr 14 2026 23:14:00 | Greatsoil LLC, dba Peirano Topsoil, PO Box 460447, Escondido, CA 92046 |
| 15275387 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | |
| | | Apr 14 2026 23:14:00 | IPFS Corporation, 3 Hutton Center Drive, #630, Santa Ana, CA 92707-8747 |
| 15275386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 14 2026 23:14:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15275392 | ^ | MEBN | |
| | | Apr 14 2026 23:13:14 | Kubota Credit Corporation USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 15275394 | | Email/Text: macdowellca@maclegal.com | |
| | | Apr 14 2026 23:14:00 | MacDowell & Associates, 3636 Birch Street, Suite 290, Newport Beach, CA 92660 |
| 15275402 | | Email/Text: bankruptcy@bbandt.com | |
| | | Apr 14 2026 23:14:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 15275406 | | Email/Text: Bankruptcy@SunbeltRentals.com | |
| | | Apr 14 2026 23:14:00 | Sunbelt Rentals, Inc., PO Box 409211, Atlanta, GA 30384-9211 |
| 15275409 | + | Email/Text: bankruptcynotices@sba.gov | |
| | | Apr 14 2026 23:14:00 | U.S. Small Business Administration, Office of General Counsel, 312 North Spring Street, 5th Floor, Los Angeles, CA 90012 |
| 15275410 | + | Email/Text: bankruptcynotices@sba.gov | |
| | | Apr 14 2026 23:14:00 | U.S. Small Business Administration, 409 3rd St. SW, Washington, DC 20416-0002 |
| 15275411 | + | Email/Text: bankruptcynotices@sba.gov | |
| | | Apr 14 2026 23:14:00 | U.S. Small Business Administration, Disaster Loan Servicing Center, 1545 Hawkins Blvd., Suite 202, El Paso, TX 79925-2654 |
| 15275412 | | Email/Text: sluna@ur.com | |
| | | Apr 14 2026 23:14:00 | United Rentals, PO Box 051122, Los Angeles, CA 90074-1122 |
| 15275413 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Apr 14 2026 23:24:21 | Wells Fargo Bank, PO Box 40310, Mesa, AZ 85274-0310 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15275382 | ##+ | Grangetto's Farm & Garden Supply, 1105 West Mission Avenue, Escondido, CA 92025-1664 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig E. Dwyer | on behalf of Debtor Makelele Systems Landscape & Maintenance  Inc. craigedwyer@aol.com |
| Elvina Rofael | on behalf of United States Trustee United States Trustee elvina.rofael@usdoj.gov Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov |
| Jean Goddard | jgoddard@ngsllp.com  CJG11@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 4