**In re Makelele Systems Landscape & Maintenance, Inc.**

**Chapter 11 Case No. 26-01514-CL11**

**Class ______**

---

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION DATED AUGUST 31, 2026**

Debtor-in-Possession Makelele Systems Landscape & Maintenance, Inc. ("Debtor") filed a SECOND AMENDED PLAN OF REORGANIZATION Dated **August 31, 2026** ("Amended Plan").

You should have received the Amended Plan and this Ballot.

The Amended Plan provides information to assist you in deciding how to vote this Ballot to accept or reject the Plan.

If you do not have a copy of the Amended Plan, you may obtain a copy from:


Craig E. Dwyer, Esq.
8745 Aero Drive, Suite 301
San Diego, CA 92123
Phone 858-268-9909 Fax 619-582-1980
craigedwyer@aol.com


You should review the Amended Plan before filling out this Ballot. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan.

If this Ballot, filled out and signed, is not received by:


Craig E. Dwyer, Esq.
8745 Aero Drive, Suite 301
San Diego, CA 92123


on or before **September 28, 2026, by 4:00 p.m. Pacific Time** and such deadline is not extended by Debtor and/or order or the bankruptcy court, your vote will **not** count as either an acceptance or rejection of the Amended Plan If the Amended Plan is confirmed by the bankruptcy court, it will be binding on you whether or not you vote.

**(OVER)**

**MAKELELE SYSTEMS LANDSCAPE & MAINTENANCE, INC.**
**Chapter 11 Case No. 26-01514-CL11**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class _______ claim in the unpaid balance of $___________________

**Check one Only**

_____ Accepts _____Rejects

the Debtor's Second Amended Plan of Reorganization Dated August 31, 2026.

## CREDITOR INFORMATION

Dated: ________ Print or type name: ____________________________________

Signed: ____________________________________

Title: ____________________________________

Address: ____________________________________

____________________________________

Phone: ____________________________________