**DECLARATION OF SERVICE**

I, CRAIG E. DWYER, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the action; and I am employed in the County of San Diego, California.

My business address is 8745 Aero Drive, Suite 301, San Diego, California, 92123 .

**In re Makelele Systems Landscape & Maintenance, Inc. 26-01514-CL11**

I served the following document(s)- **1) Motion to Confirm Debtor's Second Amended Plan of Reorganization Dated August 31, 2026, 2) Declaration of Jose Cardenas in Support of Motion to Confirm Debtor's Second Amended Plan of Reorganization Dated August 31, 2026, and 3) Ballot.**

on the following:

**VIA NOTICE OF ELECTRONIC FILING ("NEF")**

***Michael Scott Barth on behalf of Creditor Construction Laborers Trust Funds For Southern California Administrative Company, LLC michaelb@rac-law.com**

***Jean Goddard jgoddard@ngsllp.com, CJG11@trustesolutions.net**

***John Paul Moorhead on behalf of Creditor Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. pmoorhead@bushgottlieb.com**

***Kirk Prestegard on behalf of Creditor Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. kprestegard@bushgottlieb.com**

***Elvina Rofael on behalf of United States Trustee United States Trustee**

**elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov**

***Peter S Russ on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com**

***United States Trustee ustp.region15@usdoj.gov@usdoj.gov**

**VIA FIRST CLASS MAIL** (See attached mailing list)

Mode of Service: Notice of Electronic Filing ("NEF") and First Class Mail on August 31, 2026

I declare under penalty of perjury that the foregoing is true and correct. Executed August 31, 2026, at San Diego, California.

/s/ Craig E. Dwyer
CRAIG E. DWYER

Label Matrix for local noticing
0974-3
Case 26-01514-CL11
Southern District of California
San Diego
Wed Aug 26 08:59:38 PDT 2026

Makelele Systems Landscape & Maintenance, In
PO Box 2044
San Marcos, CA 92079-2044

Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223-2213

~~Trustees of the Southern California Pipe Tra~~
~~Bush Gottlieb, ALC~~
~~c/o Paul Moorhead~~
~~801 N. Brand Blvd., Suite 950~~
~~Glendale, CA 91203-1260~~
ECF

~~United States Trustee~~
~~Office of the U.S. Trustee~~
~~880 Front Street~~
~~Suite 3230~~
~~San Diego, CA 92101-8897~~
ECF

U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

~~Aaron Gibran Haq Lawrence~~ ECF Barth
~~Reich Adell & Cvitan, A Prof Law Corp~~
~~330 North Brand Boulevard, Suite 250~~
~~Glendale, CA 91203-2330~~

~~Alexander Bernard Cvitan~~ ECF Barth
~~Reich Adell & Cvitan, A Prof Law Corp~~
~~330 North Brand Boulevard, Suite 250~~
~~Glendale, CA 91203-2330~~

Bidscape, Inc.
3660 Colorado Boulevard #1005
Pasadena, CA 91107-3870

Burkhardt & Larson
5531 Cancha de Golf, Suite 205
Rancho Santa Fe, CA 92091-4626

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

~~Caterpillar Financial Services Corporation~~
~~Buchanan Ingersoll & Rooney PC, c/o Pete~~
~~501 Grant Street, Suite 200~~
~~Pittsburgh, PA 15219-4413~~
ECF

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Auto
700 Kansas Lane LA4-4025
Monroe, LA 71203-4774

Cleidin Atantous
Law Offices of Cleidin Z. Atanous
1940 E Chapman Avenue A
Fullerton, CA 92831-4140

Construction Laborers Trust Funds For
Southern California Administrative Co.
1123 Park View Drive #201
Covina, CA 91724-3766

Contractors State License Board
PO Box 26000
Sacramento, CA 95826-0026

Devil Mountain Whole Nursery
9885 Alcosta Boulevard
San Ramon, CA 94583-3244

~~Diamond Environmental Services LP~~
~~807 E Mission Rd~~ Dup
~~San Marcos, CA 92069-3002~~

Diamond Environmental Services, LP
807 East Mission Road
San Marcos, CA 92069-3002

Equipment Share
PO Box 650249
Dallas, TX 75265-0249

(p)EQUIPMENTSHARE
ATTN TIM JOHNSON
2000 E BROADWAY PMB 124
COLUMBIA MO 65201-6009

verde Growers
400 Governor Drive
an Diego, CA 92122-2851

Ford Motor Credit
PO Box 35915
Cleveland, OH 44135-0915

Ford Motor Credit Company LLC
c/o MacDowell & Associates, Ltd.
3636 Birch Street, Suite 290
Newport Beach, CA 92660-2656

anchise Tax Board
nkruptcy Section MS A-340
Box 2952
cramento, CA 95812-2952

Grangetto's Farm & Garden Supply
1105 West Mission Avenue
Escondido, CA 92025-1664

(p)GREATSOIL LLC
PO BOX 460447
ESCONDIDO CA 92046-0447

Home Depot
Attn: Bankruptcy Dept.
PO Box 6497
Sioux Falls, SD 57117-6497

IPFS Corporation
3 Hutton Center Drive, #630
Santa Ana, CA 92707-8747

Imperial Sprinkler Supply
c/o Mark A Kirkorsky PC
PO Box 25287
Tempe, AZ 85285-5287

Imperial Sprinkler Supply, Inc.
1485 N. Manassero Street
Anaheim, CA 92807-1938

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

~~J Paul Moorehead~~ ECF
~~Bush Gottlieb ALC~~
~~801 North Brand Boulevard, Suite 950~~
~~Glendale, CA 91203-1260~~

JOHN D. GUERRINI
Law Office of John D. Guerrini
74-710 Highway 111 Suite 102
Palm Desert, CA 92260-3820

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
700 Kansas Lane LA4-5599
Monroe, Louisiana 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jose Cardenas
PO Box 2044
San Marcos, CA 92079-2044

Julie Lu
Wilshire Law Firm, PLC
660 S Figueroa St. Sky Lobby
Los Angeles, CA 90017-3480

~~Katherine Willis~~ ECF Barth
~~Reich Adell & Cvitan, A Prof Law Corp~~
~~330 North Brand Boulevard, Suite 250~~
~~Glendale, CA 91203-2330~~

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Kubota Credit Corporation USA
PO Box 2046
Grapevine, TX 76099-2046

~~Law Offices of John D. Guerrini~~ Dup
~~74-710 Highway 111, Suite 102~~
~~Palm Desert, CA 92260-3820~~

MB Organics
30724 Benton Road, Suite C-302 #509
Winchester, CA 92596-8470

(p)MACDOWELL & ASSOCIATES LTD
3636 BIRCH ST STE 290
NEWPORT BEACH CA 92660-2656

~~Michael S. Barth of~~ ECF
~~REICH, ADELL & CVITAN~~
~~A Professional Law Corporation~~
~~330 N. Brand Blvd., Suite 250~~
~~Glendale, California 91203-2330~~

~~Michael Scott Barth~~ Dup & ECF
~~Reich Adell & Cvitan, A Prof Law Corp~~
~~330 North Brand Boulevard, Suite 250~~
~~Glendale, CA 91203-2330~~

New West Growers, Inc.
PO Box 5961
Glendale, CA 91221-5961

Norman's Nursery, Inc.
8665 East Duarte Road
San Gabriel, CA 91775-1139

Peirano Top Soil
c/o The Law Offices of Gary A. Bemis
3870 La Sierra Ave., Ste 239
Riverside, CA 92505-3528

~~Peter Russ, Esq.~~ Dup
~~Buchanan, Ingersoll & Rooney, LLP~~
~~600 West Broadway, #1100~~
~~San Diego, CA 92101-3387~~

~~Peter S. Russ~~ ECF
~~BUCHANAN INGERSOLL & ROONEY LLP~~
~~One America Plaza~~
~~600 West Broadway, Suite 1100~~
~~San Diego, CA 92101-3387~~

~~Peter S. Russ (SBN 147829)~~ Dup
~~BUCHANAN INGERSOLL & ROONEY LLP~~
~~One America Plaza~~
~~600 West Broadway, Suite 1100~~
~~San Diego, CA 92101-3387~~

Priscilla M Moreno Simpson
U.S. Small Business Administration
550 West C Street
Suite 550
San Diego, CA 92101-3500

Robert Pollak
Glassberg, Pollak & Associates
1000 Fourth Street, Suite 570
San Rafael, CA 94901-3149

~~SCP DISTRIBUTORS LLC~~ Dup
~~c/o John D. Guerrini~~
~~Law Office of John D. Guerrini~~
~~74-710 Highway 111 Suite 102~~
~~Palm Desert, CA 92260-3820~~

SCP Distributors, LLC
c/o John D. Guerrini
74-710 Highway 111, Suite 102
Palm Desert, CA 92260-3820

STOTZ EQUIPMENT
11111 W MCDOWELL ROAD
AVONDALE, AZ 85392-5000

Sheffield Financial
PO Box 580229
Charlotte, NC 28258-0229

Sheffield Financial, a division of Truist Ba
PO Box 1847/100-50-01-51
Wilson, NC 27894-1847

Shervin Ghanoongooi
Wilshire Law Firm, PLC
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017-3480

Site One Landscape Supply, LLC
24110 Network Place
Chicago, IL 60673-1241

~~Stolz Equipment~~
~~11111 W McDowell Road~~
~~Avondale, AZ 85392-5000~~ Dup

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

Terra Bella Nursery
302 Hollister Street
San Diego, CA 92154-4700

Trustees of the Southern California Pipe
Trades Health & Welfare Trust Fund et al
501 Shatto Place, #500
Los Angeles, CA 90020-1730

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416-0002

U.S. Small Business Administration
Disaster Loan Servicing Center
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925-2654

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

United Rentals
PO Box 051122
Los Angeles, CA 90074-1122

Vela Insurance Services
AKA Gemini Insurance Company
c/o Patricia Martinez
1250 E. Diehl Road, #200
Naperville, IL 60563-9338

Wells Fargo Bank
PO Box 40310
Mesa, AZ 85274-0310

Wells Fargo Bank, N.A.
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

West Coast Turf
PO Box 4563
Palm Desert, CA 92261-4563

~~Craig E. Dwyer~~
~~Craig E. Dwyer, ESQ.~~
~~8745 Aero Dr.~~
~~Ste 301~~
~~San Diego, CA 92123-1763~~ ECF

~~Jean Goddard~~
~~NGS, LLP~~
~~6120 Paseo Del Norte~~
~~Suite A-1~~
~~Carlsbad, CA 92011-1118~~ ECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

:aterpillar Financial Services, Corp.
:120 West End Avenue
'O Box 340001
!ashville, TN 37203

EquipmentShare Inc
2000 E Broadway PMB 124
Columbia, MO 65201

Greatsoil LLC
dba Peirano Topsoil
PO Box 460447
Escondido, CA 92046

acDowell & Associates
636 Birch Street, Suite 290
ewport Beach, CA 92660

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.