TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Bankruptcy Case: | Makelele Systems Landscape & Maintenance, Inc. |
| Bankruptcy Number: | 26-01514-CL11 |
| Hearing: | 10/19/2026 2:30 PM |
| Motion: | MOTION TO CONFIRM SECOND AMENDED PLAN OF REORGANIZATION DATED AUGUST 31, 2026 FILED BY DEBTOR |

The court will **hear** the matter. Having reviewed the docket, Debtor's second amended plan of reorganization (ECF No. 33), the motion to confirm the plan (ECF No. 54), Construction Laborers Trust's objection to the second amended plan (ECF No. 57), and the summary of balloting (ECF No. 58), the court notes the following issues.

First, the plan is a non-consensual one. *See* 11 U.S.C. §1191(b); *see also In re M. Long Arabians*, 103 B.R. 211, 215 (B.A.P. 9th Cir. 1989) (noting "the failure or inability of a creditor to vote on confirmation of a plan is not equivalent to acceptance of the plan."). None of the members of the impaired class of secured claims voted. And less than 10% of the general unsecured class returned ballots.

Benefit contributions owed to Creditor Construction Laborers Trust for post-petition union work would be entitled to administrative priority. *See In re World Sales, inc.*, 183 B.R. 872, 878 (B.A.P. 9th Cir. 1995). The current plan does not address this. However, in SubV, administrative expenses need not be paid at the effective date. Those can be paid over the life of the plan. 11 U.S.C. §1191(e). The parties should come prepared to discuss.